

November 13, 2019

*Via Email and ECF*

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Centre Street, Room 2201
New York, NY 10007

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
orrick.com

Gregory Morvillo

E  gmorvillo@orrick.com
D  +1 212 506 3552
F  +1 212 506 5151

Re:  *United States v. Rios et al*, 18 Cr. 331 (PAE)
     Request to Modify Terms of the Travel Restrictions in Marcel Hopkins's Release

Dear Judge Engelmayer:

We represent defendant Marcel Hopkins in the above-referenced matter. We request that the conditions of Mr. Hopkins's release be modified to allow Mr. Hopkins to travel throughout Florida and North Carolina, in addition to the areas included in his Conditions of Release. *See* Hopkins Appearance Bond (ECF Dkt. No. 50) (hereafter "Hopkins Bond"), at p. 4 §7(f) (restricting travel to the Southern and Eastern Districts of New York and the Southern District of Florida). Mr. Hopkins requests that these travel conditions be modified because he has a new job with a delivery service that requires him to travel throughout Florida. In addition, Mr. Hopkins's brother lives in Charlotte, North Carolina, and Mr. Hopkins would like to visit his brother there during the holidays.

Mr. Hopkins pleaded guilty to a one-count superseding Information and has not yet been sentenced. He lives with his wife in Florida where he is continuing to rebuild his life. Mr. Hopkins has been in full compliance with the conditions of his release and we understand the Government and Pretrial Services Officer consent to this request.

Respectfully submitted,

*Gregory Morvillo*

cc:  AUSA Michael Krouse (by ECF and email)
     PTSO Regina Joyner (by email)

**GRANTED.** Mr. Hopkins shall be permitted to travel throughout the state of Florida; the Court also grants Mr. Hopkins's request to travel to North Carolina to visit his brother between the Thanksgiving and New Year's holidays. Mr. Hopkins shall provide 48 hours notice to the Pretrial Services Department before any travel to the state of North Carolina and shall provide Pretrial Services with specific dates of travel. Mr. Hopkins need not apply for permission for further travel to North Carolina prior through January 1, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 116.

SO ORDERED.                                11/19/2019

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge