

September 10, 2020

*By Email and ECF*

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Centre Street, Room 2201
New York, NY 10007

**Matthew Moses**

E  mmoses@orrick.com
D  +1 212 506 5369
F  +1 212 506 5151

Re:   *United States v. Rios*, 18 Cr. 331 (PAE)
      Request to Adjourn Sentencing

Dear Judge Engelmayer:

    We represent defendant Marcel Hopkins in the above-referenced matter. Mr. Hopkins has pled guilty and his sentencing is scheduled for September 29, 2020 at 11:00 a.m. Mr. Hopkins is on bail and resides outside of New York. Together with Assistant U.S. Attorney Michael Krouse, we respectfully request that Mr. Hopkins's sentencing be adjourned to January 2021. As an option, we confirm that January 21, 2021 works for both parties.

Very truly yours,

*/s/ Matthew Moses*

Matthew Moses

cc:   AUSA Michael Krouse (by ECF and email)

**GRANTED.** Sentencing is adjourned to January 21, 2020 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Case. The Clerk of Court is requested to terminate the motion at Dkt. No. 125.

9/10/2020

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge