

December 14, 2020

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

<u>By Email and ECF</u>

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Centre Street, Room 2201
New York, NY 10007

**Matthew Moses**

E  mmoses@orrick.com
D  +1 212 506 5369
F  +1 212 506 5151

Re:   *United States v. Rios*, 18 Cr. 331 (PAE)
      Request to Adjourn Sentencing

Dear Judge Engelmayer:

    We represent defendant Marcel Hopkins in the above-referenced matter.  Mr. Hopkins has pleaded guilty and his sentencing is scheduled for January 21, 2021 at 10:30 a.m.  Mr. Hopkins is on bail and resides outside of New York.  With the government's consent, we respectfully request that Mr. Hopkins's sentencing be adjourned to April 21, 2021 as a control date.

Very truly yours,

/s/ Matthew Moses

Matthew Moses


cc:   AUSA Michael Krouse (by ECF and email)


    **GRANTED.** Sentencing is adjourned to April 21, 2021 at 10:30 a.m.
The Clerk of Court is requested to terminate the motion at Dkt. No. 130.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge