

August 12, 2022

*Via ECF and Email*

Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, New York 10007

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

Matthew Moses

E  mmoses@orrick.com
D  +1 212 506 5639
F  +1 212 506 5151

Re:   *United States v. Marcel Hopkins,* S4 18 CR 331 (PAE)
      **Request to Terminate Supervised Release**

Dear Judge Engelmayer:

Our Firm represents Marcel Hopkins, a defendant in the above-captioned matter. We plan to put forth a motion to terminate Mr. Hopkins's supervised release. Because his request will contain sensitive information, Mr. Hopkins requests permission from the Court to file the letter motion under seal.

We are available at Your Honor's convenience should the Court require additional information.

Respectfully submitted,

\_\_/s_____

Matthew Moses

cc:   AUSA Alison Moe
      via email: AMoe@usa.doj.gov
      USPO Andrew Buban
      via email: Andrew_Buban@FLSP.UScourts.gov

**DENIED.** Counsel may, however, file an appropriately redacted letter on the docket of this case while submitting the letter to chambers in unredacted form. The Clerk of Court is requested to terminate the motion at Dkt. No. 143.

SO ORDERED.                            8/12/2022

_____
PAUL A. ENGELMAYER
United States District Judge